United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-50452-KMS
Rene Birch Bankston, Jr.     Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 3
Date Rcvd: Apr 29, 2025     Form ID: ntcds13v     Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rene Birch Bankston, Jr., 13482 John Clark Rd, Gulfport, MS 39503-4821 |
| 5492185 | + | Cadence Bank, 818 Hwy 12 W, Starkville, MS 39759-3595 |
| 5492190 | + | David Fogel, 1225 Franklin Ave, Ste 101, Garden City, NY 11530-1659 |
| 5492193 | + | FCCI Insurance, PO Box 650429, Atlanta, GA 30384-0001 |
| 5492194 | + | Fintegra, 1150 1st Ave, Ste 105, King of Prussia, PA 19406-1350 |
| 5492196 | + | H&E Equipment, 7500 Pecue Lane, Baton Rouge, LA 70809-5107 |
| 5492197 | + | Herc Rentals, 18321 Ventura Blvd, Tarzana, CA 91356-4228 |
| 5492201 | + | Joshua Kesselman, 1915 Hollywood Blvd, Ste 200, Hollywood, FL 33020-4547 |
| 5492210 | + | Southway Crane, P.O. Box 200494, Dallas, TX 75320-0494 |
| 5492212 | + | The LA Source Group, 8711 E Pinnacle Peak, Scottsdale, AZ 85255-3517 |
| 5492216 | + | US Department of Labor, DFEC Central Mailroom, P.O. Box 8300, London, KY 40742-8300 |
| 5492213 | + | Unique Funding, 71 S Central Ave,, Valley Stream, NY 11580-5495 |
| 5492218 | + | Vinnie Aubrey, 3050 Peachtree Rd NW, Ste 240, Atlanta, GA 30305-2212 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5492183 | + | Email/PDF: bncnotices@becket-lee.com | Apr 29 2025 19:50:57 | Amex, Po Box 981535, El Paso, TX 79998-1535 |
| 5492184 | + | EDI: TSYS2 | Apr 29 2025 23:46:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 5492187 | + | Email/Text: bankruptcynotices@cbecompanies.com | Apr 29 2025 19:48:00 | CBE Group, 1309 Technology Pkwy, Cedar Falls, IA 50613-6976 |
| 5492186 | + | EDI: CAPITALONE.COM | Apr 29 2025 23:46:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5492188 | + | EDI: CITICORP | Apr 29 2025 23:46:00 | Citibank, Po Box 790040, St Louis, MO 63179-0040 |
| 5492189 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 29 2025 19:50:57 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5492191 | + | EDI: DISCOVER | Apr 29 2025 23:46:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5492192 | | Email/Text: tim.s.johnson@equipmentshare.com | Apr 29 2025 19:48:00 | EquipmentShare, PO Box 650429, Dallas, TX 75265 |
| 5492195 | + | Email/Text: bankruptcy@gbcollects.com | Apr 29 2025 19:48:00 | GB Collects LLC, 1253 Haddonfield, Berlin Rd, Voorhees, NJ 08043-4847 |
| 5492199 | + | Email/Text: ebone.woods@usdoj.gov | Apr 29 2025 19:48:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5492198 | | EDI: IRS.COM | Apr 29 2025 23:46:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 29, 2025 | Form ID: ntcds13v | Total Noticed: 37 |

| | | | | |
|---|---|---|---|---|
| 5492200 | + | Email/Text: srivera@jnacollect.com | Apr 29 2025 19:48:00 | Jonathan Neil & Associ, 18321 Ventura Blvd, Ste 1000, Tarzana, CA 91356-4255 |
| 5492202 | + | EDI: JPMORGANCHASE | Apr 29 2025 23:46:00 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 5492203 | + | Email/Text: melissa.martin@kfcu.org | Apr 29 2025 19:48:00 | Keesler FCU, Attn: Bankruptcy, 2602 Pass Rd, Biloxi, MS 39531-2728 |
| 5492204 | + | Email/Text: bankruptcy@mdes.ms.gov | Apr 29 2025 19:48:00 | MS Dept of Employment, PO Box 1699, Jackson, MS 39215-1699 |
| 5492205 | | EDI: MSDOR | Apr 29 2025 23:46:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5492206 | + | Email/Text: bankruptcy@ondeck.com | Apr 29 2025 19:48:00 | On Deck, 4700 W . Daybreak Pkwy, South Jordan, UT 84009-5133 |
| 5492207 | + | Email/Text: bankruptcy@ondeck.com | Apr 29 2025 19:48:00 | Ondeck Cap, 1400 Broadway, New York, NY 10018-5300 |
| 5492208 | + | Email/Text: ebone.woods@usdoj.gov | Apr 29 2025 19:48:00 | SBA, c/o US Attorney's Offi, 501 E Court St, Ste. 4.430, Jackson, MS 39201-5025 |
| 5492209 | | Email/Text: bankruptcynotices@sba.gov | Apr 29 2025 19:48:00 | Small Business Adminis, P.O. Box 740192, Atlanta, GA 30374-0192 |
| 5492211 | ^ | MEBN | Apr 29 2025 19:45:02 | Sunbelt Rentals, P. O. Box 409211, Atlanta, GA 30384-9211 |
| 5492215 | ^ | MEBN | Apr 29 2025 19:44:47 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5492217 | + | Email/Text: ebone.woods@usdoj.gov | Apr 29 2025 19:48:00 | US Department of Labor, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5492214 | + | Email/Text: sluna@ur.com | Apr 29 2025 19:48:00 | United Rentals, 2490 S College St, Auburn, AL 36832-6920 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2025 at the address(es) listed below:

**Name**     **Email Address**

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Apr 29, 2025 | Form ID: ntcds13v | Total Noticed: 37 |

George Adam Sanford
    trustee@mcraneymcraney.com MS18@ecfcbis.com

Thomas Carl Rollins, Jr
    on behalf of Debtor Rene Birch Bankston Jr. trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 3

Form ntcds13v (12/23)

## UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

Case No.: 25−50452−KMS
Chapter: 7

In re:
    Rene Birch Bankston Jr.
    aka Rene Bankston Jr, aka Rene Bankston
    13482 John Clark Rd
    Gulfport, MS 39503

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
    xxx−xx−5676

Employer Tax Identification No(s). (if any):

### Notice of Dismissal

   You are hereby notified that on April 02, 2025, Rene Birch Bankston Jr. (the "Debtor") filed a Motion to Dismiss the above case pursuant to 11 U.S.C. § 1307(b) (the "Motion") (Dkt. # 9). On April 29, 2025, the court entered an *ex parte* order (Dkt. # 13) granting the Debtor's Motion.

   Pursuant to Miss. Bankr. L.R. 1017−1(f)(2)(C) any party in interest may file an objection to the Debtor's Motion within 14 days of entry of the order. Upon consideration of any objection timely filed, the court may, at its discretion, conduct a hearing or rule on the matter without a hearing.

| | |
|---|---|
| Dated: 4/29/25 | Danny L. Miller, Clerk of Court<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501<br>228−563−1790 |